JUDGE MARRERO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,          :
JOHN WILEY & SONS, INC.,          :
CENGAGE LEARNING INC. AND         :
THE MCGRAW-HILL COMPANIES, INC.,  :
                                  :
                    Plaintiffs,   :
                                  :
        -against-                 :
                                  :
AMIT GUPTA, SUBODH JAIN, HPC      :
PUBLISHERS DISTRIBUTORS, AND      :
STREAM DOLLAR STORE D/B/A SHINE   :
D/B/A HPC PUBLISHERS AND          :
JOHN DOES NOS. 1-5,               :
                                  :
                    Defendants.   :
                                  :
- - - - - - - - - - - - - - - - - x



07 CIV 8858

07 Civ.

OCT 15 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## COMPLAINT

Plaintiffs Pearson Education, Inc. ("Pearson"), John Wiley & Sons, Inc. ("Wiley"), Cengage Learning Inc. ("Cengage") and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their undersigned attorneys, for their complaint against defendants Amit Gupta, Subodh Jain, HPC Publishers Distributors and Stream Dollar Store d/b/a Shine d/b/a HPC Publishers and John Doe Nos. 1 through 5, aver:

### Nature of the Action

1.    Plaintiffs are bringing this action to enforce their copyrights and trademarks against defendants' unlawful

sale in the United States of non-United States versions of plaintiffs' educational books.

## Jurisdiction and Venue

2.    This Court has subject matter jurisdiction over the first two claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 et seq., or the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has subject matter jurisdiction over the third claim in this action pursuant to 28 U.S.C. § 1367 because it is so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy within the meaning of Article III of the United States Constitution.

3.    Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

## Parties

4.    Pearson is a corporation organized and existing under the laws of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.    Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.    Cengage is a corporation organized and existing under the laws of Delaware with its principal place of business at 200 First Stamford Place, 4th Floor, Stamford, Connecticut 06902.

7.    McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.    Upon information and belief, defendant Amit Gupta d/b/a Shine d/b/a HPC Publishers is a natural person residing at 3164 Harwood Road, Bedford, Texas 76021.

9.    Upon information and belief, defendant Subodh Jain d/b/a Shine d/b/a HPC Publishers is a natural person residing at 3164 Harwood Road, Bedford, Texas 76021.

10.    Upon information and belief, defendant HPC Publishers Distributors d/b/a Shine d/b/a HPC Publishers is a company doing business at 3164 Harwood Road, Bedford, Texas 76021.

11.    Upon information and belief, defendant Stream Dollar Store d/b/a Shine d/b/a HPC Publishers is a company doing business at 3164 Harwood Road, Bedford, Texas 76021.

12.    Upon information and belief, defendants John Doe Nos. 1-5 are associates of defendants d/b/a Shine d/b/a HPC Publishers whose identities are presently unknown to plaintiffs.

## The Businesses of Plaintiffs

13. Each plaintiff publishes a variety of works, including educational books.

14. As a standard practice, each plaintiff requires its authors to assign the copyright to them or grant them the exclusive rights of reproduction and distribution in the United States. This practice enables each plaintiff to maximize dissemination of each work.

15. Plaintiffs invest significant monies to publish their copyrighted works. Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

16. Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced. A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals. This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

17. Plaintiffs' educational books authorized for sale in the United States are of the highest quality (the "United States Editions"). These books are generally printed with strong, hard-cover bindings with glossy protective coatings and,

in some cases, contain extra features such as sewn ribbon bookmarks. Plaintiffs frequently offer academic supplements, such as CD-ROMs, computer passwords that provide purchasers with access to academic websites corresponding to the textbooks, and study guides with the United States Editions.

18. Plaintiffs generally create different versions of their educational books that are intended for sale in specific geographic markets outside of the United States (the "Foreign Editions"). The Foreign Editions materially differ from the United States Editions. The Foreign Editions have thinner paper and different bindings, different cover and jacket designs, fewer internal ink colors, if any, lower quality photographs and graphics, and generally lower prices than the United States Editions. Also, the Foreign Editions often lack academic supplements, such as CD-ROMs, website passwords, or study guides. The Foreign Editions are generally marked to indicate their lower cost by a legend indicating, in substance, that the title is a "Low Price Edition" and/or authorized for sale only in a particular country or geographic region. The Foreign Editions are uniformly manufactured outside of the United States.

<u>Plaintiffs' Copyrights and Trademarks</u>

19. Plaintiffs routinely register their copyrights. Pearson has registered the works identified on Schedule A (the

"Pearson Copyrights"). Wiley has registered the works identified on Schedule B (the "Wiley Copyrights"). Cengage has registered the works identified on Schedule C (the "Cengage Copyrights"). McGraw-Hill has registered the works identified on Schedule D (the "McGraw-Hill Copyrights").

20. Plaintiffs also own, themselves or through their parent or affiliate companies, trademarks that they use to differentiate their products from those of their competitors.

21. Pearson PLC, Pearson's ultimate parent company, is the owner of and Pearson is an exclusive licensee of, with the accompanying right and duty to protect and enforce Pearson PLC's rights therein, the well-known trademarks "Pearson," "Pearson Education" and "Prentice Hall." Pearson's affiliate corporation Addison Wesley Longman, Inc., is the owner of, and Pearson is the exclusive licensee of, with the accompanying right and duty to protect and enforce its and its affiliate company's rights therein, the well known trademarks "Addison Wesley" or "Addison-Wesley" (the "Pearson Trademarks"). The United States Registrations for the Pearson Trademarks are identified on Schedule E.

22. Among Wiley's well-known trademarks are "John Wiley & Sons," "Wiley," and the "John Wiley Colophon" (the "Wiley Trademarks"). The United States Registrations for the Wiley Trademarks are identified on Schedule F.

23.   Among Cengage's well-known trademarks are "Thomson Learning" (the "Cengage Trademarks").  The United States Registrations for the Cengage Trademarks are identified on Schedule G.

24.   Among McGraw-Hill's well-known trademarks are "McGraw-Hill," "The McGraw-Hill Companies" and "Irwin" (the "McGraw-Hill Trademarks").  The United States Registrations for the McGraw-Hill Trademarks are identified on Schedule H.

## The Infringing Acts of Defendants

25.   Defendants have without permission purchased Foreign Editions of plaintiffs' books manufactured outside of the United States and resold them to purchasers in the United States through the Internet at the website AbeBooks.com.

## FIRST CLAIM FOR RELIEF
(Copyright Infringement – 17 U.S.C. § 501)

26.   Plaintiffs repeat the averments contained in paragraphs 1 through 25 as if set forth in full.

27.   Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

28.   Wiley has received United States Certificates of Copyright Registration for the Wiley Copyrights.

29.   Cengage has received United States Certificates of Copyright Registration for the Cengage Copyrights.

30.   McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

31.   The Pearson, Wiley, Cengage and McGraw-Hill Copyrights are valid and enforceable.

32.   Defendants have infringed the Pearson, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

33.   Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries.  Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

34.   Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

35.   Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

## SECOND CLAIM FOR RELIEF
(Trademark Infringement – 15 U.S.C. § 1114(a))

36.  Plaintiffs repeat the averments contained in paragraphs 1 through 35 above as if set forth in full.

37.  Pearson is the exclusive licensee of the Pearson Trademarks, with the accompanying right and duty to protect and enforce Pearson's rights therein.  Pearson's licensor parent and affiliate companies have obtained United States Trademark Registrations for the Pearson Trademarks.

38.  Wiley owns the Wiley Trademarks, for which it has obtained United States Trademark Registrations.

39.  Cengage owns or is the exclusive licensee of the Cengage Trademarks, with the accompanying right and duty to protect and enforce all rights therein.  Cengage or its licensors own the Cengage Trademarks, for which Cengage or its licensors have obtained United States Trademark Registrations.

40.  McGraw-Hill owns the McGraw-Hill Trademarks, for which it has obtained United States Trademark Registrations.

41.  The Pearson, Wiley, Cengage and McGraw-Hill Trademarks are valid and enforceable.

42.  Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a) by using them on and/or in connection with the works that they have sold.

43. Defendants' acts complained of herein have irreparably damaged plaintiffs and may continue to do so. The damage to plaintiffs includes harm to their good will and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley, Cengage and McGraw-Hill Trademarks or any colorable imitation of them.

44. Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Trademarks.

45. Plaintiffs are entitled to recover (1) defendants' profits from the infringing books, (2) plaintiffs' damages, (3) the costs of the suit, and (4) reasonable attorneys' fees.

### THIRD CLAIM FOR RELIEF
(Common Law Unfair Competition Under State Law)

46. Plaintiffs repeat the averments contained in paragraphs 1 through 45 above as if set forth in full.

47. Defendants' acts complained of herein have damaged and may continue to damage plaintiffs irreparably. The damage to plaintiffs includes harm to their goodwill and

reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley, Cengage and McGraw-Hill Trademarks or any colorable imitation of them, to restitution of defendants' ill-gotten gains, and to punitive damages in an amount to be determined by the trier of fact in this action.

WHEREFORE, plaintiffs demand judgment:

A.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.    Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the

Pearson, Wiley, Cengage and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a);

      D.   Awarding plaintiffs their damages and/or defendants' profits from their willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Trademarks pursuant to 15 U.S.C. § 1117(a);

      E.   Directing that defendants engage in such additional activities, including, but not limited to, recalls of products and corrective advertising, as may be necessary and appropriate to mitigate the damage defendants have caused;

      F.   Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505 and 15 U.S.C. § 1117;

      G.   Awarding plaintiffs punitive damages in an amount to be determined by the trier of fact in this action; and

      H.   Granting such other and further relief as to this

Court seems just and proper.

Dated:  New York, New York
        October 12, 2007

                        DUNNEGAN LLC

                        By _____
                            William Dunnegan (WD9316)
                            Megan L. Martin (MM4396)
                        Attorneys for Plaintiffs
                            Pearson Education, Inc.,
                            John Wiley & Sons, Inc.,
                            Cengage Learning Inc., and
                            The McGraw-Hill Companies, Inc.
                        350 Fifth Avenue
                        New York, New York 10118
                        (212) 332-8300

Schedule A
"Pearson Copyrights"

<u>Title</u>  (<u>Date of Registration</u>) (<u>Registration #</u>)

1.  Introduction to Electrodynamics, 3rd (3/25/1999) (TX-4-950 391)

2.  Optimal Control: Linear Quadratic Methods (2/1/1990) (TX-2-748-101)

3.  E-Marketing, 4th (4/7/2005) (TX-6-140-434)

4.  Market-based Management: Strategies for Growing Customer Value and Profitability, 4th (2/1/2005) (TX-6-095-787)

5.  Bioprocess Engineering: Basic Concepts, 2nd (11/07/2001) (TX-5-462-906)

Schedule B
"Wiley Copyrights"

<u>Title</u>      <u>(Date of Registration)</u>    <u>(Registration #)</u>

1.   Advanced Engineering Mathematics, Eighth Edition (August 28, 2003) (TX-5-784-074)
2.   Advanced Engineering Mathematics, Ninth Edition (December 19, 2005) (TX-6-287-796)
3.   Advanced Inorganic Chemistry, Sixth Edition (July 20, 1999) (TX-5-017-786)
4.   Advanced Mechanics of Materials, Sixth Edition (January 21, 2003) (TX-5-706-066)
5.   Advanced Organic Chemistry: Reactions, Mechanisms and Structure, Fourth Edition (November 3, 1994) (TX-3-929-536)
6.   Algorithm Design: Foundations, Analysis and Internet Examples (December 12, 2001) (TX-5-410-276)
7.   Analog Integrated Circuit Design (February 14, 1997) (TX-4-491-581)
8.   Analog MOS Integrated Circuits for Signal Processing (June 13, 1986) (TX-1-844-835)
9.   Analog Signal Processing (April 21, 1999) (TX-4-971-708)
10.  Analysis and Design of Analog Integrated Circuits, Fourth Edition (April 30, 2001) (TX-5-377-540)
11.  Analysis and Use of Financial Statements, Third Edition (March 5, 2003) (TX-5-697-672)
12.  Analysis of Electric Machinery and Drive Systems, Second Edition (April 16, 2004) (TX-5-948-764)
13.  Analytical Chemistry, Sixth Edition (May 23, 2003) (TX-5-751-611)
14.  Antenna Theory: Analysis and Design, Second Edition (January 7, 1997) (TX-4-445-400)
15.  Applied Combinatorics, Fourth Edition (October 11, 2001) (TX-5-461-877)
16.  Applied Corporate Finance: A User's Manual, Second Edition (May 11, 2005) (TX-6-166-442)
17.  Applied Cryptography, Second Edition (February 16, 1996) (TX-4-216-579)
18.  Applied Econometric Time Series, Second Edition (September 5, 2003) (TX-5-818-578)
19.  Applied Management Science, Second Edition (May 2, 2002) (RX-5-520-970)
20.  Applied Numerical Methods for Engineers (February 15, 1994) (TX-3-731-716)

21. Applied Numerical Methods Using MATLAB (June 14, 2005) (TX-6-212-870)
22. Applied Regression Analysis, Third Edition (July 17, 1998) (TX-4-800-470)
23. Applied Statistics and Probability for Engineers, Third Edition (November 12, 2002) (TX-5-612-548)
24. Applied Statistics and Probability for Engineers, Fourth Edition (August 25, 2006) (TX-6-428-380)
25. Architecture of Computer Hardware and Systems Software, Second Edition (March 17, 2000) (TX-5-169-120)
26. Automatic Control Systems, Eighth Edition (November 20, 2002) (TX-5-622-535)
27. Basic Animal Nutrition and Feeding, Fifth Edition (February 25, 2005) (TX-6-161-977)
28. Basic Electric Circuit Analysis, Fifth Edition (March 7, 1995) (TX-4-006-949)
29. Basic Engineering Circuit Analysis, Eighth Edition (February 10, 2005) (TX-6-118-290)
30. Basic Inorganic Chemistry, Third Edition (February 24, 1995) (TX-4-012-445)
31. Big C++ (April 30, 2004) (TX-5-954-807)
32. Big Java, Second Edition (May 2, 2005) (TX-6-169-750)
33. Biochemical Calculations, Second Edition (February 11, 1976) (A-712987)
34. Bioinformatics: A Practical Guide to the Analysis of Genes and Proteins, Third Edition (December 17, 2004) (TX-6-085-374)
35. Bioinstrumentation (October 10, 2003) (TX-5-824-247)
36. Biomedical Signal Processing and Signal Modeling (January 24, 2001) (TX-5-332-431)
37. Biostatistics: A Foundation for Analysis in the Health Sciences, Seventh Edition (September 11, 1998) (TX-4-852-933)
38. Business Data Communications and Networking, Eighth Edition (August 11, 2004) (TX-6-009-936)
39. Business Statistics: Decision Making with Data (February 25, 1997) (TX-4-489-576)
40. C and UNIX: Tools for Software Design (February 21, 1996) (TX-4-192-349)
41. Calculus, Volume 1, Second Edition (April 17, 1967) (A914948) (December 5, 1995) (RE-711-574)
42. Calculus, Volume 2, Second Edition (June 26, 1969) (A-102-813) (June 11, 1997) (RE-759-592)
43. Calculus, Seventh Edition (July 31, 2001) (TX-5-423-305)
44. Chemical, Biochemical and Engineering Thermodynamics, Fourth Edition (April 25, 2006) (TX-6-328-844)

45. Chemical Applications of Group Theory, Third Edition (April 13, 1990) (TX-2-804-298)
46. Chemical Reaction Engineering, Third Edition (September 11, 1998) (TX-4-852-934)
47. Circuits, Devices and Systems: A First Course in Electrical Engineering, Fifth Edition (August 21, 1992) (TX-3-385-532)
48. Classical Electrodynamics, Third Edition (August 5, 1998) (TX-4-828-741)
49. Colbert's Evolution of the Vertebrates, Firth Edition (November 15, 2001) (TX-5-459-277)
50. Commercial Banking: The Management of Risk, Third Edition (September 29, 2004) (TX-6-032-001)
51. Communication Systems, Fourth Edition (June 9, 2000) (TX-5-230-210)
52. Computer Aided Logical Design with Emphasis on VLSI, Fourth Edition (April 14, 1993) (TX-3-540-594)
53. Concepts and Applications of Finite Element Analysis, Fourth Edition (December 17, 2001) (TX-5-470-700)
54. Concepts and Models of Inorganic Chemistry, Third Edition (October 14, 1994) (TX-3-919-208)
55. Continuous Multivariate Distributions, Volume 1, Second Edition (May 26, 2000) (TX-5-223-473)
56. Control Systems Engineering, Fourth Edition (October 3, 2003) (TX-5-800-945)
57. Convection Heat Transfer, Third Edition (August 9, 2004) (TX-6-009-806)
58. Core Concepts of Accounting Information Systems, Ninth Edition (December 2, 2004) (TX-6-074-111)
59. Corporate Finance: Theory and Practice, Second Edition (April 9, 2001) (TX-5-372-684)
60. Customer Relationship Management (March 10, 2003) (TX-5-698-433)
61. Customer Relationship Management: A Databased Approach (September 15, 2005) (TX-6-233-879)
62. Data Mining Methods and Models (March 31, 2006) (TX-6-329-585)
63. Data Mining: Multimedia, Soft Computing and Bioinformatics (November 4, 2003) (TX-5-852-718)
64. Data Structures and Algorithms in C++ (May 13, 2003) (TX-5-744-148)
65. Data Structures and Algorithms in Java, Second Edition (September 22, 2000) (TX-5-276-798)
66. Data Structures and Algorithms With Object-Oriented Design Patterns in Java (October 29, 1999) (TX-5-079-800)
67. Data Warehousing Fundamentals: A Comprehensive Guide for IT Professionals (November 13, 2001) (TX-5-385-440)

68. Design and Analysis of Experiments, Fifth Edition (July 27, 2000) (TX-5-250-245)
69. Design and Analysis of Lean Production Systems (January 10, 2002) (TX-5-475-899)
70. Design of Logic-Based Intelligent Systems (July 2, 2004) (TX-5-992-733)
71. Design of Prestressed Concrete Structures, Third Edition (December 8, 1981) (TX-834-845)
72. Design Through Verilog HDL (December 16, 2003) (TX-5-869-420)
73. Device Electronics for Integrated Circuits, Third Edition (January 16, 2003)(TX-5-654-600)
74. Digital Communications (July 22, 1988) (TX-2-365-224)
75. Digital Image Processing, Third Edition (November 13, 2001) (TX-5-425-679)
76. Digital Integrated Circuits (January 23, 1996) (TX-4-179-129)
77. Digital Logic Design Principles (January 10, 2001) (TX-5-327-697)
78. Digital Signal and Image Processing (December 17, 2003) (TX-5-877-772)
79. Digital Signal Processing: A Computer Science Perspective (October 12, 2000) (TX-5-285-529)
80. Digital Telephony, Third Edition (March 3, 2000) (TX-5-151-533)
81. Discrete Mathematics With Algorithms (April 14, 1989) (TX-2-547-040)
82. Discrete Multivariate Distributions (May 14, 1997) (TX-4-529-928)
83. Distributed Computing: Fundamentals, Simulations and Advanced Topics, Second Edition (May 17, 2004) (TX-5-963-283)
84. Economics: Theory and Practice, Seventh Edition (April 2, 2004) (TX-5-946-365)
85. Economics of Strategy, Third Edition (August 29, 2003) (TX-5-792-450)
86. Electric Circuit Analysis, Third Edition (January 10,1997) (TX-4-453-977)
87. Electrochemical Methods : Fundamentals and Applications, Second Edition (February 9, 2001) (TX-5-348-515)
88. Elementary Differential Equations and Boundary Value Problems, Seventh Edition (August 25, 2000) (TX-5-257-588)
89. Elementary Numerical Analysis, Second Edition (March 2, 1993) (TX-3-492-504)
90. Elementary Numerical Analysis, Third Edition (December 5, 2003) (TX-5-839-199)

91. Elementary Principles of Chemical Processes, Third Edition (February 17, 2005) (TX-6-116-656)
92. Elements of Cartography, Sixth Edition (May 3, 1995) (TX-4-042-052)
93. Elements of Distributed Computing (July 24, 2002) (TX-5-577-995)
94. Elements of Network Protocol Design (July 7, 1998) (TX-4-708-667)
95. Embedded System Design: A Unified Hardware/Software Introduction (December 12, 2001) (TX-5-465-293)
96. Engineering and Chemical Thermodynamics (January 10, 2006) (TX-6-301-979)
97. Engineering Mechanics: Statics, Fifth Edition (November 8, 2001) (TX-5-461-761)
98. Engineering Optimization: Methods and Applications, Second Edition (October 1, 2006) (TX-6-444-293)
99. Environmental Engineering Science (January 18, 2001) (TX-5-270-193)
100. Error Correction Coding: Mathematical Methods and Algorithms (August 24, 2005) (TX-6-214-605)
101. Essentials of Fuzzy Modeling and Control (August 19, 1994) (TX-3-882-392)
102. Essentials of Insurance: A Risk Management Perspective (May 24, 1995) (TX-4-016-454)
103. Essentials of Marketing Research, Second Edition (January 22, 2002) (TX-5-594-408)
104. Experimental Designs, Second Edition (July 2, 1957) (A-291-184) (October 23, 1985) (RE-262-981)
105. Experiments: Planning, Analysis and Parameter Design Optimization (May 22, 2000) (TX-5-216-930)
106. Facilities Planning, Third Edition (January 15, 2003) (TX-5-654-755)
107. Fiber-Optic Communication Systems, Third Edition (August 16, 2002) (TX-5-594-799)
108. Fields and Waves in Communication Electronics, Third Edition (July 22, 1994) (TX-3-857-813)
109. Finite Element Method For Engineers, Fourth Edition (November 16, 2001) (TX-5-461-355)
110. Flying Circus of Physics with Answers (October 11, 1977) (A-904-102) (December 13, 2005) (RE-923-960)
111. Forecasting: Methods and Applications, Third Edition (May 1, 1998) (TX-4-766-889)
112. Fundamentals of Acoustics, Fourth Edition (March 2, 2000) (TX-5-148-668)
113. Fundamentals of Digital Logic and Microcomputer Design, Fifth Edition (August 3, 2005) (TX-6-206-442)

114. Fundamentals of Digital Signal Processing (May 30, 1986) (TX-1-838-498)
115. Fundamentals of Engineering Thermodynamics, Fourth Edition (November 15, 1999) (TX-5-090-226)
116. Fundamentals of Fluid Mechanics, Fifth Edition (May 2, 2005) (TX-6-169-180)
117. Fundamentals of Geographic Information Systems, Third Edition (TX-6-008-605) (September 7, 2004)
118. Fundamentals of Ground Water (February 26, 2003) (TX-5-703-722)
119. Fundamentals of Heat and Mass Transfer, Fifth Edition (October 25, 2001) (TX-5-457-784)
120. Fundamentals of Human Resource Management, Eighth Edition (August 20, 2004) (TX-6-013-880)
121. Fundamentals of Machine Component Design, Third Edition (March 27, 2003) (TX-5-752-683)
122. Fundamentals of Modern Manufacturing: Materials, Processes and Systems, Second Edition (December 31, 2001) (TX-5-466-725)
123. Fundamentals of Momentum, Heat and Mass Transfer, Fourth Edition (January 2, 2001) (TX-5-319-861)
124. Fundamentals of Physics: Part 1, Sixth Edition (September 8, 2000) (TX-5-266-452)
125. Fundamentals of Physics: Part 2, Sixth Edition (September 8, 2000) (TX-5-266-451)
126. Fundamentals of Physics: Part 3, Sixth Edition (September 8, 2000) (TX-5-266-450)
127. Fundamentals of Queueing Theory, Third Edition (January 13, 1998) (TX-4-732-675)
128. Fundamentals of Risk and Insurance, Ninth Edition (July 23, 2002) (TX-5-568-767)
129. Fundamentals of Semiconductor Fabrication (April 7, 2004) (TX-5-954-663)
130. Fundamentals of Soil Science, Eighth Edition (August 29, 1990) (TX-2-900-024)
131. Fundamentals of Thermodynamics, Sixth Edition (November 12, 2002) (TX-5-612-550)
132. Fundamentals of Wavelets: Theory, Algorithms and Applications (March 12, 1999) (TX-4-972-341)
133. Geographic Information Systems: An Introduction, Third Edition (July 26, 2002) (TX-5-578-005)
134. Global Marketing Management, Third Edition (December 16, 2003) (TX-5-869-479)
135. Global Operations and Logistics: Texts and Cases (August 13, 1998) (TX-4-835-959)
136. Global Strategy and Organization (July 1, 2003) (TX-5-755-018)

137. Gravitation and Cosmology (July 28, 1972) (A-357076) (November 17, 2000) (RE-831-808)
138. Groundwater Hydrology, Second Edition (October 27, 1980) (TX-570-304)
139. Handbook of Wireless Networks and Mobile Computing (April 11, 2002) (TX-5-505-327)
140. Heating, Ventilation, and Air Conditioning: Analysis and Design, Fifth Edition (October 25, 2001) (TX-5-432-516)
141. Highway Engineering, Seventh Edition (January 9, 2004) (TX-5-906-002)
142. Information Security: Principles and Practice (December 9, 2005) (TX-6-273-529)
143. Information Storage and Retrieval (June 23, 1997) (TX-4-564-125)
144. Information Technology: Strategic Decision Making for Managers (November 12, 2004) (TX-6-070-100)
145. Information Technology for Management: Transforming Organizations in the Digital Economy, Fourth Edition (August 20, 2004) (TX-6-013-876)
146. Instrumentation for Engineering Measurements, Second Edition (April 16, 1993) (TX-3-535-621)
147. Internal Combustion Engines: Applied Thermosciences, Second Edition (January 22, 2001) (TX-5-332-515)
148. International Economics, Eighth Edition (July 7, 2003) (TX-5-771-131)
149. Introduction to Analog and Digital Communications (March 20, 1989) (TX-2-528-720)
150. Introduction to Computational Biochemistry (July 22, 2002) (TX-5-572-673)
151. Introduction to Computer Theory, Second Edition (February 24, 1997) (TX-4-478-675)
152. Introduction to Digital Systems (April 8, 2004) (TX-5-978-552)
153. Introduction to Electric Circuits, Sixth Edition (August 15, 2003) (TX-5-807-740)
154. Introduction to Engineering Programming: Solving Problems with Algorithms (June 9, 2003) (TX-5-753-534)
155. Introduction to Fluid Mechanics, Fifth Edition (October 23, 1998) (TX-4-843-215)
156. Introduction to Information Systems: Supporting and Transforming Business (April 25, 2006) (TX-6-344-390)
157. Introduction to Information Technology, Second Edition (October 18, 2002) (TX-5-638-512)
158. Introduction to International Economics (January 21, 2005) (TX-6-101-228)
159. Introduction to Linear Regression Analysis, Third Edition (May 29, 2001) (TX-5-268-140)

160. Introduction to Multivariate Statistical Analysis, Third Edition (September 5, 2003) (TX-5-818-577)
161. Introduction to Nanotechnology (July 29, 2003) (TX-5-758-401)
162. Introduction to Numerical Analysis, Second Edition (November 15, 1998) (TX-2-495-169)
163. Introduction to Object-Oriented Analysis, Second Edition (August 30, 2001) (TX-5-438-741)
164. Introduction to Optimization, Second Edition (October 21, 2001) (TX-5-453-756)
165. Introduction to Probability and Statistics, Second Edition (August 11, 2006) (TX-6-417-883)
166. Introduction to Probability Theory and Its Applications, Volume 1, Third Edition (April 26, 1968) (A-966318) (October 2, 1996) (RE-735-567)
167. Introduction to Probability Theory and Its Applications, Volume 2, Second Edition (March 17, 1971) (A-229902)
168. Introduction to Real Analysis, Third Edition (December 30, 1999) (TX-5-112-424)
169. Introduction to Semiconductor Materials and Devices (May 22, 1991) (TX-3-066-466)
170. Introduction to Solid State Physics, Seventh Edition (January 26, 1996) (TX-4-197-971)
171. Introduction to Special Relativity (February 19, 1968) (A-976-004) (September 18, 1996) (RE-733-055)
172. Introduction to the Finite Element Method (March 12, 2004) (TX-5-917-507)
173. Introduction to the Theory of Error-Correcting Codes, Third Edition (July 23, 1998) (TX-4-823-490)
174. Introduction to the Theory of Numbers, Fifth Edition (April 3, 1991) (TX-3-036-511)
175. Introduction to VLSI Circuits and Systems (September 4, 2001) (TX-5-411-634)
176. Introductory Functional Analysis with Applications (January 30, 1978) (TX-1-189)
177. Introductory Mycology, Fourth Edition (March 28, 1996) (TX-4-217-474)
178. Introductory Physics: Building Understanding (March 8, 2005) (TX-6-121-236)
179. Introductory Statistics, Fifth Edition (August 26, 2003) (TX-5-800-164)
180. Investments: Analysis and Management, Ninth Edition (December 16, 2003) (TX-5-875-313)
181. Kinematics, Dynamics and Design of Machinery, Second Edition (December 16, 2003)(TX-5-875-266)
182. Linear Algebra (February 24, 1997) (TX-4-486-872)

183. Linear Programming and Network Flows, Third Edition (February 24, 2005) (TX-6-191-889)
184. Linear Statistical Inference and Its Applications, Second Edition (April 13, 1973) (A-427-452) (Renewed September 27, 2001) (RE-847-341)
185. Management, Eighth Edition (May 17, 2004) (TX-5-964-667)
186. Management and Organizational Behavior: Essentials (January 23, 1996) (TX-4-179-390)
187. Management Communication (January 13, 1999) (TX-4-917-542)
188. Managerial Accounting, Second Edition (December 16, 2003) (TX-5-839-172)
189. Managerial Economics: Analysis, Problems, Cases, Eighth Edition (August 29, 2003) (TX-5-796-634)
190. Manufacturing Processes and Systems, Ninth Edition (March 7, 1997) (TX-4-493-076)
191. March's Advanced Organic Chemistry, Fifth Edition (April 11, 2001) (TX-5-287-445)
192. Marketing Management: Text and Cases, Seventh Edition (March 7, 2000) (TX-5-152-450)
193. Marketing Research, Seventh Edition (August 4, 2000) (TX-5-253-362)
194. Marketing Research, Eighth Edition (January 9, 2004) (TX-5-902-250)
195. Mastering Data Mining (September 5, 2006) (TX-6-434-073)
196. Materials and Processes in Manufacturing, Ninth Edition Update (February 20, 2004) (TX-5-875-263)
197. Materials Science and Engineering: An Introduction, Sixth Edition (October 7, 2003) (TX-5-804-687)
198. Mathematical Methods in the Physical Sciences, Third Edition (September 8, 2005) (TX-6-235-927)
199. MATLAB: An Introduction with Applications (June 9, 2003) (TX-5-737-270)
200. Microbial Physiology, Fourth Edition (August 30, 2002) (TX-5-603-865)
201. Microwave Engineering, Third Edition (March 12, 2004) (TX-5-939-958)
202. Modern Algebra: An Introduction, Fifth Edition (June 29, 2004) (TX-5-990-246)
203. Modern Methods for Quality Control and Improvement, Second Edition (December 31, 2001) (TX-5-466-724)
204. Modern Physics, Second Edition (February 27, 1996) (TX-4-230-649)
205. Modern Physics For Engineers (March 22, 1999) (TX-4-956-397)
206. Modern Portfolio Theory and Investment Analysis, Fifth Edition (February 3, 1995) (TX-3-977-582)

207. Modern Portfolio Theory and Investment Analysis, Sixth Edition (October 15, 2002) (TX-5-623-026)
208. Modern Production/Operations Management, Eighth Edition (July 6, 1987) (TX-2-105-600)
209. Motion and Time Study: Design and Measurement of Work (September 29, 1980) (TX-554-631)
210. Multinational Financial Management, Seventh Edition (July 26, 2002) (TX-5-580-050)
211. Nonlinear Programming: Theory and Algorithms, Second Edition (March 22, 1993) (TX-3-517-566)
212. Object-Oriented Design and Patterns, Second Edition (August 2, 2005) (TX-6-209-384)
213. Operating Systems Concepts, Sixth Edition, XP Edition (June 25, 2003) (TX-5-739-634)
214. Operating Systems Concepts, Seventh Edition (February 17, 2005) (TX-6-160-089)
215. Operating Systems Concepts with Java, Sixth Edition (December 16, 2003) (TX-5-868-626)
216. Operations Management for MBAs, Second Edition (December 17, 2001) (TX-5-436-231)
217. Operations Research: Principles and Practice, Second Edition (October 13, 1987) (TX-2-169-390)
218. Optical Computing: An Introduction (April 23, 1992) (TX-3-294-076)
219. Ordinary Differential Equations, Fourth Edition (December 6, 1989) (TX-2-700-058)
220. Organic Chemistry, Eighth Edition (August 26, 2003) (TX-5-788-101)
221. Organizational Behavior, Ninth Edition (January 18, 2005) (TX-6-106-041)
222. Organizational Behavior: A Strategic Approach (December 12, 2005) (TX-6-262-253)
223. Organizational Psychology: A Scientist-Practitioner Approach (June 20, 2002) (TX-5-550-396)
224. Passive and Active Filters: Theory and Implementations (June 30, 1986) (TX-1-857-094)
225. Pattern Classification, Second Edition (August 11, 2006) (TX-6-418-016)
226. Pattern Recognition: Statistical, Structural and Neural Approaches (August 27, 1992) (TX-3-386-116)
227. Physical Chemistry, Fourth Edition (August 30, 2004) (TX-6-034-249)
228. Physics, Fifth Edition, Volume 1 and 2 Set (August 11, 2000) (TX-5-259-198)
229. Physics of Semiconductor Devices, Second Edition (November 6, 1981) (TX-798-252)

230. Power Electronics, Third Edition (December 30, 2002) (TX-5-629-839)
231. Power Generation, Operation and Control, Second Edition (November 1, 1996) (TX-4-384-100)
232. Practical Nonparametric Statistics, Third Edition (February 22, 1999) (TX-4-934-566)
233. Principles of Communications, Fifth Edition (October 25, 2001) (TX-5-444-005)
234. Principles of Electric Machines and Power Electronics, Second Edition (February 19, 1997) (TX-4-484-052)
235. Principles of Polymerization, Fourth Edition (March 23, 2004) (TX-5-946-868)
236. Principles of Unit Operations, Second Edition (September 22, 1980) (TX-554-371)
237. Probability and Statistics for Computer Science (September 2, 2003) (TX-5-812-912)
238. Probability and Statistics in Engineering, Fourth Edition (March 19, 2003) (TX-5-696-729)
239. Probability and Statistics with Reliability, Queuing and Computer Science Applications, Second Edition (December 20, 2001) (TX-5-468-753)
240. Process Dynamics and Control, Second Edition (December 12, 2003) (TX-5-834-334)
241. Process Equipment Design (June 25, 1959) (A-396640) (RE-349-535) (September 21, 1987)
242. Product and Process Design Principles, Second Edition (September 4, 2003) (TX-5-786-409)
243. Production and Operations Management: An Applied Modern Approach (March 17, 1997) (TX-4-498-402)
244. Project Management: A Managerial Approach, Fifth Edition (February 27, 2003) (TX-5-680-495)
245. Quantum Mechanics, Third Edition (February 6, 1998) (TX-4-729-881)
246. Quantum Physics, Third Edition (June 19, 2003) (TX-5-740-529)
247. Quantum Physics of Atoms, Molecules, Solids, Nuclei and Particles, Second Edition (July 2, 1985) (TX-1-604-801)
248. Radar Principles (October 2, 1998) (TX-4-626-096)
249. Radio-Frequency and Microwave Circuits: Analysis and Design, Second Edition (August 15, 2006) (TX-6-416-150)
250. Real-Time Systems and Software (April 26, 2001) (TX-5-377-615)
251. Real-Time Systems Design and Analysis, Third Edition (May 28, 2004) (TX-5-965-295)
252. Remote Sensing and Image Interpretation, Fifth Edition (November 26, 2003) (TX-5-857-396)

253. Research Methods For Business: A Skill Building Approach, Fourth Edition (November 14, 2002) (TX-5-635-592)
254. Robot Dynamics and Control (January 26, 1990) (TX-2-735-163)
255. Robot Modeling and Control (February 27, 2006) (TX-6-326-489)
256. Sales Management: Concepts and Cases, Seventh Edition (January 4, 2001) (TX-5-320-306)
257. Sales Management, Eighth Edition (January 21, 2004) (TX-5-900-699)
258. Sampling Techniques, Third Edition (August 24, 1977) (A-887-503)
259. Satellite Communications, Second Edition (January 21, 2003) (TX-5-706-104)
260. Semiconductor Devices: Basic Principles (August 4, 2000) (TX-5-253-361)
261. Semiconductor Devices: Physics and Technology, Second Edition (November 23, 2001) (TX-5-461-970)
262. Separation Process Principles, Second Edition (November 22, 2005) (TX-6-275-447)
263. Signals and Linear Systems, Third Edition (February 3, 1987) (TX-2-000-469)
264. Signals and Systems, Second Edition (September 19, 2002) (TX-5-653-714)
265. Software Design: Form Programming to Architecture (May 15, 2003) (TX-5-738-618)
266. Software Quality Engineering: Testing, Quality Assurance and Quantifiable Improvement (April 11, 2005) (TX-6-143-947)
267. Soil and Water Management Systems, Fourth Edition (February 6, 1996) (TX-4-211-864)
268. Spectrometric Identification of Organic Compounds, Sixth Edition (March 17, 1998) (TX-4-743-352)
269. Speech and Audio Signal Processing: Processing and Perception of Speech and Music (November 15, 1999) (TX-5-090-222)
270. Statistical Digital Signal Processing and Modeling (May 23, 1996) (TX-4-294-661)
271. Statistical Mechanics, Second Edition (October 13, 1987) (TX-2-184-828)
272. Statistical Reasoning in Psychology and Education, Third Edition (July 8, 1993) (TX-3-579-526)
273. Statistics and Data Analysis in Geology, Third Edition (March 29, 2004) (TX-5-989-360)
274. Steel Structures: Controlling Behavior Through Design (June 20, 1994) (TX-3-852-872)

275. Stereochemistry of Organic Compounds (September 15, 1994) (TX-3-879-734)

276. Stochastic Processes, Second Edition (March 28, 1996) (TX-4-217-487)

277. Strategic Human Resources: Frameworks for General Managers (April 26, 1999) (TX-4-961-437)

278. Strategic Management (January 2, 2001) (TX-5-304-984)

279. Strategic Management: Creating Value in Turbulent Times (November 12, 2004) (TX-6-071-531)

280. Strategies for Engineering Communication (July 23, 2001) (TX-5-420-326)

281. Structured Cobol Programming, Eighth Edition (April 22, 1997) (TX-4-513-180)

282. Successful Project Management: A Step-by-Step Approach with Practical Examples, Fourth Edition (October 24, 2005) (TX-6-257-806)

283. Systematic Identification of Organic Compounds, Eighth Edition (October 14, 2003) (TX-5-811-922)

284. Systems Analysis and Design, Third Edition (November 14, 2005) (TX-6-261-334)

285. Systems Analysis and Design with UML Version 2.0 (October 22, 2004) (TX-6-029-397)

286. Systems Engineering: Principles and Practice (February 7, 2003) (TX-5-671-870)

287. Textbook of Polymer Science, Third Edition (April 19, 1984) (TX-1-328-760)

288. Theory and Practice of Water and Wastewater Treatment (February 25, 1997) (TX-4-489-595)

289. Thermodynamics and an Introduction to Thermostatistics, Second Edition (August 28, 1985) (TX-1-684-782)

290. Topics in Algebra, Second Edition (A-720-693) (May 11, 1964) (RE-598-491) (November 27, 1992)

291. Transport Phenomena, Second Edition (October 11, 2001) (TX-5-459-935)

292. Understanding Physics, Parts 1-4 (April 2, 2004) (TX-5-948-444)

293. University Physics, Revised Edition (February 21, 1996) (TX-4-192-367)

294. Valuation for Mergers, Buyouts and Restructuring (April 23, 2004) (TX-5-926-215)

295. Virtual Reality Technology, Second Edition (August 15, 2003) (TX-5-788-104)

296. VLSI Digital Signal Processing Systems (March 5, 1999) (TX-4-945-575)

297. VLSI Fabrication Principles: Silicon and Gallium Arsenide, Second Edition (April 22, 1994) (TX-3-770-469)

298. Water Resources Engineering (August 25, 2000) (TX-5-257-589)
299. Web Applications: Concepts and Real World Design (May 7, 2004) (TX-5-945-132)
300. Wireless and Mobile Network Architectures (November 14, 2000) (TX-5-302-937)

Schedule C
"Cengage Copyrights"

<u>Title</u>   (<u>Date of Registration</u>) (<u>Registration #</u>)

1.  Introduction to Soil Microbiology (4/15/1999)
    (TX 4-965-723)

2.  Microelectronic Circuits (5/29/1998) (TX 4-777-286)

3.  Television Production Handbook (8/3/2005) (TX 6-207-777)

4.  Psychological Testing (8/16/2004) (TX 6-016-017)

5.  Theories of Personality (10/5/2004) (TX 6-037-282)

6.  Psychology Applied to Work (10/13/2005) (TX 6-264-779)

7.  Cognitive Psychology In and Out of the Laboratory
    (8/6/2003) (TX 5-827-163)

8.  Employee Selection (10/22/2002) (TX 5-660-599)

9.  Animal Physiology (9/30/2004) (TX 6-037-766)

10. The Structure of Sociological Theory (7/30/2002)
    (TX 5-587-935)

11. Analytical Mechanics (4/6/2004) (TX 5-948-682)

12. Biotechnology (4/4/2004) (TX 5-948-113)

13. Statistics for Management and Economics (1/12/2005)
    (TX 6-110-369)

14. Principles of Foundation Engineering (2/28/2003)
    (TX 5-700-477)

15. Modern Digital Signal Processing (6/20/2003) (TX 5-782-881)

16. Vibrations (6/6/2003) (TX 5-782-689)

17. Digital Signal Processing Implementations (11/13/2003)
    (TX 5-839-292)

18. First Course in the Finite Element Method (5/29/2001) (TX 5-389-182)

19. Operations Research (8/14/2003) (TX 5-800-977)

20. First Book of ANSI C (10/31/2000) (TX 5-183-221)

21. Solid Waste Engineering (12/6/2001) (TX 5-558-757)

22. Introduction to Environmental Engineering (6/9/2003) (TX 5-785-661)

23. Essential Study Skills for Science Students (10/28/1999) (TX 5-092-177)

24. Circuits (11/1/1999) (TX 5-092-144)

25. Applied Numerical Methods for Engineers (10/22/1999) (TX 5-093-942)

26. Training in Organizations (7/16/2001) (TX 5-418-292)

27. Modeling the Supply Chain (11/3/2006) (TX 6-453-082)

28. Human Physiology (5/2/2006) (TX 6-360-991)

29. Human Resource Development (1/12/2006) (TX 6-303-352)

30. Principles of Microeconomics (9/29/2006) (TX 6-437-003)

31. Business Marketing Management (10/4/2006) (TX 6-440-443)

32. Global Strategy (1/3/2006) (TX 6-305-724)

33. Principles of Macroeconomics (9/29/2006) (TX 6-434-453)

34. The World Economy (1/9/2006) (TX 6-298-379)

35. Human Resource Management (4/24/2003) (TX 5-880-745)

36. PKG Operations Management (8/3/2001) (TX 5-367-660)

Schedule D
"McGraw-Hill Copyrights"

<u>Title</u>        <u>Registration #</u>        <u>Date of Registration</u>


1. Probability, Random Variables, and Random Signal
   Principles, 4th (7/24/2000) (TX-5-249-121)

2. Data Communications and Networking (9/2/2003) (TX-5-861-
   749)

3. TCP/IP Protocol Suite, 3rd, (2/8/2005) (TX-6-119-094)

4. Oil Hydraulic Systems: Principles and Maintenance
   (5/5/2003) (TX-5-744-588)

5. Thermodynamics: An Engineering Approach (7/25/2005) (TX-6-
   204-860)

Schedule E
Pearson Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |

Schedule F
Wiley Trademarks

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

Schedule G
Cengage Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Thomson Learning" | 2,810,953 | 009, 016, 041 |
| 2. "Thomson Learning" | 2,926,467 | 035 |

Schedule H
McGraw-Hill Trademarks

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "McGraw-Hill" | 1,350,345 | 16 |
| 2. | "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. | "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. | "Irwin" | 1,718,118 | 16 |