UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

**07 CIV 8858**

PEARSON EDUCATION, INC.,                        :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND                       :
THE MCGRAW-HILL COMPANIES, INC.,
                                                :
                            Plaintiffs,
                                                :
        -against-                                      07 Civ.
                                                :
AMIT GUPTA, SUBODH JAIN, HPC
PUBLISHERS DISTRIBUTORS, AND                    :
STREAM DOLLAR STORE D/B/A SHINE
D/B/A HPC PUBLISHERS AND                         :
JOHN DOES NOS. 1-5,
                                                :
                            Defendants.
                                                :
- - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of
Civil Procedure and to enable Judges and Magistrate Judges
of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for Cengage Learning Inc.
(a private, non-governmental party) certifies that no
publicly-held corporation owns more than 10% of the stock
of the said party.

DATE: 10/12/07                       _____
                                     SIGNATURE OF ATTORNEY