JUDGE MARRERO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

         Plaintiffs,

   -against-                         07 Civ.

AMIT GUPTA, SUBODH JAIN, HPC
PUBLISHERS DISTRIBUTORS, AND
STREAM DOLLAR STORE D/B/A SHINE
D/B/A HPC PUBLISHERS AND
JOHN DOES NOS. 1-5,

         Defendants.

- - - - - - - - - - - - - - - - - - -x

07 CIV 8858

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 10/12/07

                                                 William Dunnegan
                                             SIGNATURE OF ATTORNEY