# KAUFMAN & KAHN, LLP

November 15, 2007

BY FAX: (212) 805-6382

Hon. Judge Victor Marrero
U.S. District Court, S.D.N.Y.
Suite 660, United States Court House
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07
```

Re: Pearson Education, Inc., et al. v. Amit Gupta, et al.
(S.D.N.Y., 07 Civ 8858)

Your Honor:

We recently were retained as counsel to defendants in the above captioned case. Although we believe that defendants' response to the complaint is due by November 21, 2007, and no affidavit of service has been provided or filed, plaintiff's counsel has asserted that an answer was due on November 14, 2007. In any event, we request that the time for defendants to answer or otherwise respond to the complaint be adjourned to December 14, 2007. Plaintiff's counsel has consented to the same.

Thank you for your consideration of this matter.

Respectfully yours,

Mark S. Kaufman

cc. (by email):
William Dunnegan, Esq.

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 12-14-07.

SO ORDERED.

11-15-07
DATE       VICTOR MARRERO, U.S.D.J.

747 THIRD AVENUE, 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL.: (212) 293-5556 • FAX: (212) 355-5009 • E-MAIL: KAUFMAN@KAUFMANKAHN.COM