UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., et al.

Plaintiff,

-v-

AMIT GUPTA, et al.,

Defendant.

Case No. 07 CIV 8858

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant STREAM DOLLAR STORE (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 12/14/2007

*[signature]*

**Signature of Attorney**

**Attorney Bar Code:** MK 2006

Form Rule7_1.pdf  SDNY Web 10/2007