**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/7/08

# KAUFMAN & KAHN, LLP

February 5, 2008

BY FAX: (212) 805-6382

Hon. Judge Victor Marrero
U.S. District Court, S.D.N.Y.
Suite 660, United States Court House
500 Pearl Street
New York, NY 10007



RECEIVED
FEB - 7 2008
CHAMBERS OF
JUDGE MARRERO

Re: Pearson Education, Inc., et al. v. Amit Gupta, et al.
(S.D.N.Y., 07 Civ 8858)

Your Honor:

We are counsel to defendant Stream Dollar Store, the only defendant presently served in the above captioned case. Although an initial conference is scheduled to take place on February 8, 2008, the parties are presently engaged in settlement discussions. As a result, we respectfully request that the conference be adjourned *sine die* subject to the parties' reporting to you by no later than February 26, 2008, regarding the status of settling the case. Plaintiff's counsel has consented to the same.

Thank you for your consideration of this matter.

Respectfully yours,

Mark S. Kaufman

cc. (by email):
William Dunnegan, Esq.

---

Request GRANTED. The next status conference herein is rescheduled to 2-29-08 at 2:15 p.m. in the event the parties have not submitted a SO ORDERED. status report on their settlement discussions by 2-26-08

2-7-08
DATE         VICTOR MARRERO, U.S.D.J.

---

747 THIRD AVENUE, 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL.: (212) 293-5556 • FAX: (212) 355-5009 • E-MAIL: KAUFMAN@KAUFMANKAHN.COM