UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                    :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND                   :
THE MCGRAW-HILL COMPANIES, INC.,
                                            :
                    Plaintiffs,
                                            :
          -against-
                                            :
AMIT GUPTA, SUBODH JAIN, HPC
PUBLISHERS DISTRIBUTORS, AND                :
STREAM DOLLAR STORE D/B/A SHINE
D/B/A HPC PUBLISHERS AND                     :
JOHN DOES NOS. 1-5,
                                            :
                    Defendants.
                                            :
- - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

07 Civ. 8848 (VM)
ECF Case

FINAL JUDGMENT AND PERMANENT INJUNCTION
BY CONSENT

          IT IS HEREBY STIPULATED and agreed by and between the

parties through their undersigned attorneys, conditional upon

the approval of the Court, that it is

          ORDERED, ADJUDGED AND DECREED that defendants Amit

Gupta, Subodh Jain, and HPC Publishers Distributors, each doing

business as HPC Publishers and defendant Stream Dollar Store,

and their agents, servants, and employees, and all those acting

in concert with them, if any, are hereby PERMANENTLY ENJOINED,

either directly or indirectly through a third party, from:

                    (i) infringing the registered copyrights and

               trademarks of plaintiff Pearson Education, Inc.

               ("Pearson"), identified on Schedules A and E hereto,

the registered copyrights and trademarks of plaintiff
John Wiley & Sons, Inc. ("Wiley"), identified on
schedules B and F hereto, the registered copyrights
and trademarks of plaintiff Cengage Learning Inc.,
formerly known as Thomson Learning Inc. ("Cengage"),
identified on schedules C and G hereto, and the
registered copyrights and trademarks of plaintiff The
McGraw-Hill Companies, Inc. ("McGraw-Hill"),
identified on schedules D and H hereto, in violation
of 17 U.S.C. § 501 or 15 U.S.C. § 1114(a);

    (ii)  infringing any other registered copyright
or trademark of Pearson, Wiley, Cengage or McGraw-Hill
in violation of 17 U.S.C. § 501 or 15 U.S.C.
§ 1114(a), including through the sale to any resident
of the United States of any book marked to prohibit
its resale in the United States; and

    (iii) falsely designating the origin of their
products or services in violation of the rights of
Pearson, Wiley, Cengage and McGraw-Hill under 15
U.S.C. § 1125(a); and it is further

ORDERED, ADJUDGED and DECREED that defendants Amit
Gupta, Subodh Jain, HPC Publishers Distributors, each doing
business as HPC Publishers, and defendant Stream Dollar Store
shall, jointly and severally, pay Pearson, Wiley, Cengage, and
McGraw-Hill damages in the amount of $9,000 payable to the order

of Dunnegan LLC as attorneys for Plaintiffs forthwith by check delivered to their undersigned attorney; and it is further

ORDERED, ADJUDGED and DECREED that except as set forth herein, Pearson, Wiley, Cengage and McGraw-Hill hereby release any and all of their claims against defendants Amit Gupta, Subodh Jain, and HPC Publishers Distributors ("HPC"), Jain and HPC doing business as HPC Publishers and defendant Stream Dollar Store and defendants Amit Gupta, Subodh Jain, HPC Publishers Distributors, Jain and HPC doing business as HPC Publishers and defendant Stream Dollar Store for the sales identified in Schedule I annexed hereto and defendants Amit Gupta, Subodh Jain, HPC Publishers Distributors, Jain and HPC doing business as HPC Publishers, and defendant Stream Dollar Store release any and all of their claims, if any, against Pearson, Wiley, Cengage and McGraw-Hill; and it is further

ORDERED, ADJUDGED and DECREED that the caption of this action be and hereby is amended to reflect the change of name of Thomson Learning Inc. to Cengage Learning Inc.; and it is further

ORDERED, ADJUDGED and DECREED that claims of Pearson, Wiley, Cengage and McGraw-Hill against defendants Amit Gupta, Subodh Jain, HPC Publishers Distributors ("HPC"), Jain and HPC doing business as HPC Publishers and defendant Stream Dollar Store in this action be, and hereby are, dismissed with prejudice, except that (i) the Court shall retain jurisdiction

3

to enforce this final judgment and permanent injunction, (ii)

defendants Amit Gupta, Subodh Jain, HPC Publishers Distributors,

Jain and HPC doing business as HPC Publishers and defendant

Stream Dollar Store consent to the personal jurisdiction of this

Court to enforce this final judgment and permanent injunction,

and (iii) the res judicata effect of this judgment shall not

extend to any party not identified in the caption of this

action.

Dated:  New York, New York
        March 2 , 2008

                                        _____
                                        **Victor Marrero**
                                        U.S.D.J.

4

## Consent to Entry

The parties, through their undersigned counsel hereby consent to the entry of the foregoing final judgment and permanent injunction. The undersigned agree that this Consent may be signed in duplicate parts all of which, when taken together, shall constitute one original. Facsimile signatures hereto shall be deemed originals.

Dated: New York, New York
       March 12, 2008

DUNNEGAN LLC                          KAUFMAN & KAHN, LLP

By _____       By: _____
    William Dunnegan (WD 9316)        Mark Kaufman (MK2006)
    Megan L. Martin (MM 4396)         Attorneys for Defendants
    Attorneys for Plaintiffs          747 Third Avenue
    Pearson Education, Inc.,          New York, New York
    John Wiley & Sons, Inc.,          (212) 293-5556
    Cengage Learning Inc. and
    The McGraw-Hill Companies,
    Inc.
    350 Fifth Avenue
    New York, New York 10118
    (212) 332-8300


_____          _____
    Subodh Jain                     Amit Gupta


HPC PUBLISHERS DISTRIBUTORS      STREAM DOLLAR STORE

By: _____      By: _____
    Subodh Jain, President          Praveen Gupta, President

5

Schedule A
"Pearson Copyrights"

<u>Title</u>  (<u>Date of Registration</u>) (<u>Registration #</u>)

1.   Introduction to Electrodynamics, 3rd (3/25/1999) (TX-4-950 391)

2.   Optimal Control: Linear Quadratic Methods (2/1/1990) (TX-2-748-101)

3.   E-Marketing, 4th (4/7/2005) (TX-6-140-434)

4.   Market-based Management: Strategies for Growing Customer Value and Profitability, 4th (2/1/2005) (TX-6-095-787)

5.   Bioprocess Engineering: Basic Concepts, 2nd (11/07/2001) (TX-5-462-906)

Schedule B
"Wiley Copyrights"

<u>Title</u>    (<u>Date of Registration)</u>    (<u>Registration #)</u>

1.  Advanced Engineering Mathematics, Eighth Edition (August 28, 2003) (TX-5-784-074)
2.  Advanced Engineering Mathematics, Ninth Edition (December 19, 2005) (TX-6-287-796)
3.  Advanced Inorganic Chemistry, Sixth Edition (July 20, 1999) (TX-5-017-786)
4.  Advanced Mechanics of Materials, Sixth Edition (January 21, 2003) (TX-5-706-066)
5.  Advanced Organic Chemistry: Reactions, Mechanisms and Structure, Fourth Edition (November 3, 1994) (TX-3-929-536)
6.  Algorithm Design: Foundations, Analysis and Internet Examples (December 12, 2001) (TX-5-410-276)
7.  Analog Integrated Circuit Design (February 14, 1997) (TX-4-491-581)
8.  Analog MOS Integrated Circuits for Signal Processing (June 13, 1986) (TX-1-844-835)
9.  Analog Signal Processing (April 21, 1999) (TX-4-971-708)
10. Analysis and Design of Analog Integrated Circuits, Fourth Edition (April 30, 2001) (TX-5-377-540)
11. Analysis and Use of Financial Statements, Third Edition (March 5, 2003) (TX-5-697-672)
12. Analysis of Electric Machinery and Drive Systems, Second Edition (April 16, 2004) (TX-5-948-764)
13. Analytical Chemistry, Sixth Edition (May 23, 2003) (TX-5-751-611)
14. Antenna Theory: Analysis and Design, Second Edition (January 7, 1997) (TX-4-445-400)
15. Applied Combinatorics, Fourth Edition (October 11, 2001) (TX-5-461-877)
16. Applied Corporate Finance: A User's Manual, Second Edition (May 11, 2005) (TX-6-166-442)
17. Applied Cryptography, Second Edition (February 16, 1996) (TX-4-216-579)
18. Applied Econometric Time Series, Second Edition (September 5, 2003) (TX-5-818-578)
19. Applied Management Science, Second Edition (May 2, 2002) (RX-5-520-970)
20. Applied Numerical Methods for Engineers (February 15, 1994) (TX-3-731-716)
21. Applied Numerical Methods Using MATLAB (June 14, 2005) (TX-6-212-870)

22. Applied Regression Analysis, Third Edition (July 17, 1998)
    (TX-4-800-470)
23. Applied Statistics and Probability for Engineers, Third
    Edition (November 12, 2002) (TX-5-612-548)
24. Applied Statistics and Probability for Engineers, Fourth
    Edition (August 25, 2006) (TX-6-428-380)
25. Architecture of Computer Hardware and Systems Software,
    Second Edition (March 17, 2000) (TX-5-169-120)
26. Automatic Control Systems, Eighth Edition (November 20,
    2002) (TX-5-622-535)
27. Basic Animal Nutrition and Feeding, Fifth Edition (February
    25, 2005) (TX-6-161-977)
28. Basic Electric Circuit Analysis, Fifth Edition (March 7,
    1995) (TX-4-006-949)
29. Basic Engineering Circuit Analysis, Eighth Edition
    (February 10, 2005) (TX-6-118-290)
30. Basic Inorganic Chemistry, Third Edition (February 24,
    1995) (TX-4-012-445)
31. Big C++ (April 30, 2004) (TX-5-954-807)
32. Big Java, Second Edition (May 2, 2005) (TX-6-169-750)
33. Biochemical Calculations, Second Edition (February 11,
    1976) (A-712987)
34. Bioinformatics: A Practical Guide to the Analysis of Genes
    and Proteins, Third Edition (December 17, 2004) (TX-6-085-
    374)
35. Bioinstrumentation (October 10, 2003) (TX-5-824-247)
36. Biomedical Signal Processing and Signal Modeling (January
    24, 2001) (TX-5-332-431)
37. Biostatistics: A Foundation for Analysis in the Health
    Sciences, Seventh Edition (September 11, 1998) (TX-4-852-
    933)
38. Business Data Communications and Networking, Eighth Edition
    (August 11, 2004) (TX-6-009-936)
39. Business Statistics: Decision Making with Data (February
    25, 1997) (TX-4-489-576)
40. C and UNIX: Tools for Software Design (February 21, 1996)
    (TX-4-192-349)
41. Calculus, Volume 1, Second Edition (April 17, 1967)
    (A914948) (December 5, 1995) (RE-711-574)
42. Calculus, Volume 2, Second Edition (June 26, 1969) (A-102-
    813) (June 11, 1997) (RE-759-592)
43. Calculus, Seventh Edition (July 31, 2001) (TX-5-423-305)
44. Chemical, Biochemical and Engineering Thermodynamics,
    Fourth Edition (April 25, 2006) (TX-6-328-844)
45. Chemical Applications of Group Theory, Third Edition (April
    13, 1990) (TX-2-804-298)
46. Chemical Reaction Engineering, Third Edition (September 11,
    1998) (TX-4-852-934)

47. Circuits, Devices and Systems: A First Course in Electrical Engineering, Fifth Edition (August 21, 1992) (TX-3-385-532)
48. Classical Electrodynamics, Third Edition (August 5, 1998) (TX-4-828-741)
49. Colbert's Evolution of the Vertebrates, Firth Edition (November 15, 2001) (TX-5-459-277)
50. Commercial Banking: The Management of Risk, Third Edition (September 29, 2004) (TX-6-032-001)
51. Communication Systems, Fourth Edition (June 9, 2000) (TX-5-230-210)
52. Computer Aided Logical Design with Emphasis on VLSI, Fourth Edition (April 14, 1993) (TX-3-540-594)
53. Concepts and Applications of Finite Element Analysis, Fourth Edition (December 17, 2001) (TX-5-470-700)
54. Concepts and Models of Inorganic Chemistry, Third Edition (October 14, 1994) (TX-3-919-208)
55. Continuous Multivariate Distributions, Volume 1, Second Edition (May 26, 2000) (TX-5-223-473)
56. Control Systems Engineering, Fourth Edition (October 3, 2003) (TX-5-800-945)
57. Convection Heat Transfer, Third Edition (August 9, 2004) (TX-6-009-806)
58. Core Concepts of Accounting Information Systems, Ninth Edition (December 2, 2004) (TX-6-074-111)
59. Corporate Finance: Theory and Practice, Second Edition (April 9, 2001) (TX-5-372-684)
60. Customer Relationship Management (March 10, 2003) (TX-5-698-433)
61. Customer Relationship Management: A Databased Approach (September 15, 2005) (TX-6-233-879)
62. Data Mining Methods and Models (March 31, 2006) (TX-6-329-585)
63. Data Mining: Multimedia, Soft Computing and Bioinformatics (November 4, 2003) (TX-5-852-718)
64. Data Structures and Algorithms in C++ (May 13, 2003) (TX-5-744-148)
65. Data Structures and Algorithms in Java, Second Edition (September 22, 2000) (TX-5-276-798)
66. Data Structures and Algorithms With Object-Oriented Design Patterns in Java (October 29, 1999) (TX-5-079-800)
67. Data Warehousing Fundamentals: A Comprehensive Guide for IT Professionals (November 13, 2001) (TX-5-385-440)
68. Design and Analysis of Experiments, Fifth Edition (July 27, 2000) (TX-5-250-245)
69. Design and Analysis of Lean Production Systems (January 10, 2002) (TX-5-475-899)
70. Design of Logic-Based Intelligent Systems (July 2, 2004) (TX-5-992-733)

71. Design of Prestressed Concrete Structures, Third Edition (December 8, 1981) (TX-834-845)
72. Design Through Verilog HDL (December 16, 2003) (TX-5-869-420)
73. Device Electronics for Integrated Circuits, Third Edition (January 16, 2003)(TX-5-654-600)
74. Digital Communications (July 22, 1988) (TX-2-365-224)
75. Digital Image Processing, Third Edition (November 13, 2001) (TX-5-425-679)
76. Digital Integrated Circuits (January 23, 1996) (TX-4-179-129)
77. Digital Logic Design Principles (January 10, 2001) (TX-5-327-697)
78. Digital Signal and Image Processing (December 17, 2003) (TX-5-877-772)
79. Digital Signal Processing: A Computer Science Perspective (October 12, 2000) (TX-5-285-529)
80. Digital Telephony, Third Edition (March 3, 2000) (TX-5-151-533)
81. Discrete Mathematics With Algorithms (April 14, 1989) (TX-2-547-040)
82. Discrete Multivariate Distributions (May 14, 1997) (TX-4-529-928)
83. Distributed Computing: Fundamentals, Simulations and Advanced Topics, Second Edition (May 17, 2004) (TX-5-963-283)
84. Economics: Theory and Practice, Seventh Edition (April 2, 2004) (TX-5-946-365)
85. Economics of Strategy, Third Edition (August 29, 2003) (TX-5-792-450)
86. Electric Circuit Analysis, Third Edition (January 10,1997) (TX-4-453-977)
87. Electrochemical Methods : Fundamentals and Applications, Second Edition (February 9, 2001) (TX-5-348-515)
88. Elementary Differential Equations and Boundary Value Problems, Seventh Edition (August 25, 2000) (TX-5-257-588)
89. Elementary Numerical Analysis, Second Edition (March 2, 1993) (TX-3-492-504)
90. Elementary Numerical Analysis, Third Edition (December 5, 2003) (TX-5-839-199)
91. Elementary Principles of Chemical Processes, Third Edition (February 17, 2005) (TX-6-116-656)
92. Elements of Cartography, Sixth Edition (May 3, 1995) (TX-4-042-052)
93. Elements of Distributed Computing (July 24, 2002) (TX-5-577-995)
94. Elements of Network Protocol Design (July 7, 1998) (TX-4-708-667)

95.  Embedded System Design: A Unified Hardware/Software
     Introduction (December 12, 2001) (TX-5-465-293)
96.  Engineering and Chemical Thermodynamics (January 10, 2006)
     (TX-6-301-979)
97.  Engineering Mechanics: Statics, Fifth Edition (November 8,
     2001) (TX-5-461-761)
98.  Engineering Optimization: Methods and Applications, Second
     Edition (October 1, 2006) (TX-6-444-293)
99.  Environmental Engineering Science (January 18, 2001) (TX-5-
     270-193)
100. Error Correction Coding: Mathematical Methods and
     Algorithms (August 24, 2005) (TX-6-214-605)
101. Essentials of Fuzzy Modeling and Control (August 19, 1994)
     (TX-3-882-392)
102. Essentials of Insurance: A Risk Management Perspective (May
     24, 1995) (TX-4-016-454)
103. Essentials of Marketing Research, Second Edition (January
     22, 2002) (TX-5-594-408)
104. Experimental Designs, Second Edition (July 2, 1957) (A-291-
     184) (October 23, 1985) (RE-262-981)
105. Experiments: Planning, Analysis and Parameter Design
     Optimization (May 22, 2000) (TX-5-216-930)
106. Facilities Planning, Third Edition (January 15, 2003) (TX-
     5-654-755)
107. Fiber-Optic Communication Systems, Third Edition (August
     16, 2002) (TX-5-594-799)
108. Fields and Waves in Communication Electronics, Third
     Edition (July 22, 1994) (TX-3-857-813)
109. Finite Element Method For Engineers, Fourth Edition
     (November 16, 2001) (TX-5-461-355)
110. Flying Circus of Physics with Answers (October 11, 1977)
     (A-904-102) (December 13, 2005) (RE-923-960)
111. Forecasting: Methods and Applications, Third Edition (May
     1, 1998) (TX-4-766-889)
112. Fundamentals of Acoustics, Fourth Edition (March 2, 2000)
     (TX-5-148-668)
113. Fundamentals of Digital Logic and Microcomputer Design,
     Fifth Edition (August 3, 2005) (TX-6-206-442)
114. Fundamentals of Digital Signal Processing (May 30, 1986)
     (TX-1-838-498)
115. Fundamentals of Engineering Thermodynamics, Fourth Edition
     (November 15, 1999) (TX-5-090-226)
116. Fundamentals of Fluid Mechanics, Fifth Edition (May 2,
     2005) (TX-6-169-180)
117. Fundamentals of Geographic Information Systems, Third
     Edition (TX-6-008-605) (September 7, 2004)
118. Fundamentals of Ground Water (February 26, 2003) (TX-5-703-
     722)

119. Fundamentals of Heat and Mass Transfer, Fifth Edition (October 25, 2001) (TX-5-457-784)
120. Fundamentals of Human Resource Management, Eighth Edition (August 20, 2004) (TX-6-013-880)
121. Fundamentals of Machine Component Design, Third Edition (March 27, 2003) (TX-5-752-683)
122. Fundamentals of Modern Manufacturing: Materials, Processes and Systems, Second Edition (December 31, 2001) (TX-5-466-725)
123. Fundamentals of Momentum, Heat and Mass Transfer, Fourth Edition (January 2, 2001) (TX-5-319-861)
124. Fundamentals of Physics: Part 1, Sixth Edition (September 8, 2000) (TX-5-266-452)
125. Fundamentals of Physics: Part 2, Sixth Edition (September 8, 2000) (TX-5-266-451)
126. Fundamentals of Physics: Part 3, Sixth Edition (September 8, 2000) (TX-5-266-450)
127. Fundamentals of Queueing Theory, Third Edition (January 13, 1998) (TX-4-732-675)
128. Fundamentals of Risk and Insurance, Ninth Edition (July 23, 2002) (TX-5-568-767)
129. Fundamentals of Semiconductor Fabrication (April 7, 2004) (TX-5-954-663)
130. Fundamentals of Soil Science, Eighth Edition (August 29, 1990) (TX-2-900-024)
131. Fundamentals of Thermodynamics, Sixth Edition (November 12, 2002) (TX-5-612-550)
132. Fundamentals of Wavelets: Theory, Algorithms and Applications (March 12, 1999) (TX-4-972-341)
133. Geographic Information Systems: An Introduction, Third Edition (July 26, 2002) (TX-5-578-005)
134. Global Marketing Management, Third Edition (December 16, 2003) (TX-5-869-479)
135. Global Operations and Logistics: Texts and Cases (August 13, 1998) (TX-4-835-959)
136. Global Strategy and Organization (July 1, 2003) (TX-5-755-018)
137. Gravitation and Cosmology (July 28, 1972) (A-357076) (November 17, 2000) (RE-831-808)
138. Groundwater Hydrology, Second Edition (October 27, 1980) (TX-570-304)
139. Handbook of Wireless Networks and Mobile Computing (April 11, 2002) (TX-5-505-327)
140. Heating, Ventilation, and Air Conditioning: Analysis and Design, Fifth Edition (October 25, 2001) (TX-5-432-516)
141. Highway Engineering, Seventh Edition (January 9, 2004) (TX-5-906-002)
142. Information Security: Principles and Practice (December 9, 2005) (TX-6-273-529)

143. Information Storage and Retrieval (June 23, 1997) (TX-4-564-125)
144. Information Technology: Strategic Decision Making for Managers (November 12, 2004) (TX-6-070-100)
145. Information Technology for Management: Transforming Organizations in the Digital Economy, Fourth Edition (August 20, 2004) (TX-6-013-876)
146. Instrumentation for Engineering Measurements, Second Edition (April 16, 1993) (TX-3-535-621)
147. Internal Combustion Engines: Applied Thermosciences, Second Edition (January 22, 2001) (TX-5-332-515)
148. International Economics, Eighth Edition (July 7, 2003) (TX-5-771-131)
149. Introduction to Analog and Digital Communications (March 20, 1989) (TX-2-528-720)
150. Introduction to Computational Biochemistry (July 22, 2002) (TX-5-572-673)
151. Introduction to Computer Theory, Second Edition (February 24, 1997) (TX-4-478-675)
152. Introduction to Digital Systems (April 8, 2004) (TX-5-978-552)
153. Introduction to Electric Circuits, Sixth Edition (August 15, 2003) (TX-5-807-740)
154. Introduction to Engineering Programming: Solving Problems with Algorithms (June 9, 2003) (TX-5-753-534)
155. Introduction to Fluid Mechanics, Fifth Edition (October 23, 1998) (TX-4-843-215)
156. Introduction to Information Systems: Supporting and Transforming Business (April 25, 2006) (TX-6-344-390)
157. Introduction to Information Technology, Second Edition (October 18, 2002) (TX-5-638-512)
158. Introduction to International Economics (January 21, 2005) (TX-6-101-228)
159. Introduction to Linear Regression Analysis, Third Edition (May 29, 2001) (TX-5-268-140)
160. Introduction to Multivariate Statistical Analysis, Third Edition (September 5, 2003) (TX-5-818-577)
161. Introduction to Nanotechnology (July 29, 2003) (TX-5-758-401)
162. Introduction to Numerical Analysis, Second Edition (November 15, 1998) (TX-2-495-169)
163. Introduction to Object-Oriented Analysis, Second Edition (August 30, 2001) (TX-5-438-741)
164. Introduction to Optimization, Second Edition (October 21, 2001) (TX-5-453-756)
165. Introduction to Probability and Statistics, Second Edition (August 11, 2006) (TX-6-417-883)

13

166. Introduction to Probability Theory and Its Applications, Volume 1, Third Edition (April 26, 1968) (A-966318) (October 2, 1996) (RE-735-567)
167. Introduction to Probability Theory and Its Applications, Volume 2, Second Edition (March 17, 1971) (A-229902)
168. Introduction to Real Analysis, Third Edition (December 30, 1999) (TX-5-112-424)
169. Introduction to Semiconductor Materials and Devices (May 22, 1991) (TX-3-066-466)
170. Introduction to Solid State Physics, Seventh Edition (January 26, 1996) (TX-4-197-971)
171. Introduction to Special Relativity (February 19, 1968) (A-976-004) (September 18, 1996) (RE-733-055)
172. Introduction to the Finite Element Method (March 12, 2004) (TX-5-917-507)
173. Introduction to the Theory of Error-Correcting Codes, Third Edition (July 23, 1998) (TX-4-823-490)
174. Introduction to the Theory of Numbers, Fifth Edition (April 3, 1991) (TX-3-036-511)
175. Introduction to VLSI Circuits and Systems (September 4, 2001) (TX-5-411-634)
176. Introductory Functional Analysis with Applications (January 30, 1978) (TX-1-189)
177. Introductory Mycology, Fourth Edition (March 28, 1996) (TX-4-217-474)
178. Introductory Physics: Building Understanding (March 8, 2005) (TX-6-121-236)
179. Introductory Statistics, Fifth Edition (August 26, 2003) (TX-5-800-164)
180. Investments: Analysis and Management, Ninth Edition (December 16, 2003) (TX-5-875-313)
181. Kinematics, Dynamics and Design of Machinery, Second Edition (December 16, 2003)(TX-5-875-266)
182. Linear Algebra (February 24, 1997) (TX-4-486-872)
183. Linear Programming and Network Flows, Third Edition (February 24, 2005) (TX-6-191-889)
184. Linear Statistical Inference and Its Applications, Second Edition (April 13, 1973) (A-427-452) (Renewed September 27, 2001) (RE-847-341)
185. Management, Eighth Edition (May 17, 2004) (TX-5-964-667)
186. Management and Organizational Behavior: Essentials (January 23, 1996) (TX-4-179-390)
187. Management Communication (January 13, 1999) (TX-4-917-542)
188. Managerial Accounting, Second Edition (December 16, 2003) (TX-5-839-172)
189. Managerial Economics: Analysis, Problems, Cases, Eighth Edition (August 29, 2003) (TX-5-796-634)
190. Manufacturing Processes and Systems, Ninth Edition (March 7, 1997) (TX-4-493-076)

191. March's Advanced Organic Chemistry, Fifth Edition (April 11, 2001) (TX-5-287-445)
192. Marketing Management: Text and Cases, Seventh Edition (March 7, 2000) (TX-5-152-450)
193. Marketing Research, Seventh Edition (August 4, 2000) (TX-5-253-362)
194. Marketing Research, Eighth Edition (January 9, 2004) (TX-5-902-250)
195. Mastering Data Mining (September 5, 2006) (TX-6-434-073)
196. Materials and Processes in Manufacturing, Ninth Edition Update (February 20, 2004) (TX-5-875-263)
197. Materials Science and Engineering: An Introduction, Sixth Edition (October 7, 2003) (TX-5-804-687)
198. Mathematical Methods in the Physical Sciences, Third Edition (September 8, 2005) (TX-6-235-927)
199. MATLAB: An Introduction with Applications (June 9, 2003) (TX-5-737-270)
200. Microbial Physiology, Fourth Edition (August 30, 2002) (TX-5-603-865)
201. Microwave Engineering, Third Edition (March 12, 2004) (TX-5-939-958)
202. Modern Algebra: An Introduction, Fifth Edition (June 29, 2004) (TX-5-990-246)
203. Modern Methods for Quality Control and Improvement, Second Edition (December 31, 2001) (TX-5-466-724)
204. Modern Physics, Second Edition (February 27, 1996) (TX-4-230-649)
205. Modern Physics For Engineers (March 22, 1999) (TX-4-956-397)
206. Modern Portfolio Theory and Investment Analysis, Fifth Edition (February 3, 1995) (TX-3-977-582)
207. Modern Portfolio Theory and Investment Analysis, Sixth Edition (October 15, 2002) (TX-5-623-026)
208. Modern Production/Operations Management, Eighth Edition (July 6, 1987) (TX-2-105-600)
209. Motion and Time Study: Design and Measurement of Work (September 29, 1980) (TX-554-631)
210. Multinational Financial Management, Seventh Edition (July 26, 2002) (TX-5-580-050)
211. Nonlinear Programming: Theory and Algorithms, Second Edition (March 22, 1993) (TX-3-517-566)
212. Object-Oriented Design and Patterns, Second Edition (August 2, 2005) (TX-6-209-384)
213. Operating Systems Concepts, Sixth Edition, XP Edition (June 25, 2003) (TX-5-739-634)
214. Operating Systems Concepts, Seventh Edition (February 17, 2005) (TX-6-160-089)
215. Operating Systems Concepts with Java, Sixth Edition (December 16, 2003) (TX-5-868-626)

216. Operations Management for MBAs, Second Edition (December 17, 2001) (TX-5-436-231)
217. Operations Research: Principles and Practice, Second Edition (October 13, 1987) (TX-2-169-390)
218. Optical Computing: An Introduction (April 23, 1992) (TX-3-294-076)
219. Ordinary Differential Equations, Fourth Edition (December 6, 1989) (TX-2-700-058)
220. Organic Chemistry, Eighth Edition (August 26, 2003) (TX-5-788-101)
221. Organizational Behavior, Ninth Edition (January 18, 2005) (TX-6-106-041)
222. Organizational Behavior: A Strategic Approach (December 12, 2005) (TX-6-262-253)
223. Organizational Psychology: A Scientist-Practitioner Approach (June 20, 2002) (TX-5-550-396)
224. Passive and Active Filters: Theory and Implementations (June 30, 1986) (TX-1-857-094)
225. Pattern Classification, Second Edition (August 11, 2006) (TX-6-418-016)
226. Pattern Recognition: Statistical, Structural and Neural Approaches (August 27, 1992) (TX-3-386-116)
227. Physical Chemistry, Fourth Edition (August 30, 2004) (TX-6-034-249)
228. Physics, Fifth Edition, Volume 1 and 2 Set (August 11, 2000) (TX-5-259-198)
229. Physics of Semiconductor Devices, Second Edition (November 6, 1981) (TX-798-252)
230. Power Electronics, Third Edition (December 30, 2002) (TX-5-629-839)
231. Power Generation, Operation and Control, Second Edition (November 1, 1996) (TX-4-384-100)
232. Practical Nonparametric Statistics, Third Edition (February 22, 1999) (TX-4-934-566)
233. Principles of Communications, Fifth Edition (October 25, 2001) (TX-5-444-005)
234. Principles of Electric Machines and Power Electronics, Second Edition (February 19, 1997) (TX-4-484-052)
235. Principles of Polymerization, Fourth Edition (March 23, 2004) (TX-5-946-868)
236. Principles of Unit Operations, Second Edition (September 22, 1980) (TX-554-371)
237. Probability and Statistics for Computer Science (September 2, 2003) (TX-5-812-912)
238. Probability and Statistics in Engineering, Fourth Edition (March 19, 2003) (TX-5-696-729)
239. Probability and Statistics with Reliability, Queuing and Computer Science Applications, Second Edition (December 20, 2001) (TX-5-468-753)

16

240. Process Dynamics and Control, Second Edition (December 12, 2003) (TX-5-834-334)
241. Process Equipment Design (June 25, 1959) (A-396640) (RE-349-535) (September 21, 1987)
242. Product and Process Design Principles, Second Edition (September 4, 2003) (TX-5-786-409)
243. Production and Operations Management: An Applied Modern Approach (March 17, 1997) (TX-4-498-402)
244. Project Management: A Managerial Approach, Fifth Edition (February 27, 2003) (TX-5-680-495)
245. Quantum Mechanics, Third Edition (February 6, 1998) (TX-4-729-881)
246. Quantum Physics, Third Edition (June 19, 2003) (TX-5-740-529)
247. Quantum Physics of Atoms, Molecules, Solids, Nuclei and Particles, Second Edition (July 2, 1985) (TX-1-604-801)
248. Radar Principles (October 2, 1998) (TX-4-626-096)
249. Radio-Frequency and Microwave Circuits: Analysis and Design, Second Edition (August 15, 2006) (TX-6-416-150)
250. Real-Time Systems and Software (April 26, 2001) (TX-5-377-615)
251. Real-Time Systems Design and Analysis, Third Edition (May 28, 2004) (TX-5-965-295)
252. Remote Sensing and Image Interpretation, Fifth Edition (November 26, 2003) (TX-5-857-396)
253. Research Methods For Business: A Skill Building Approach, Fourth Edition (November 14, 2002) (TX-5-635-592)
254. Robot Dynamics and Control (January 26, 1990) (TX-2-735-163)
255. Robot Modeling and Control (February 27, 2006) (TX-6-326-489)
256. Sales Management: Concepts and Cases, Seventh Edition (January 4, 2001) (TX-5-320-306)
257. Sales Management, Eighth Edition (January 21, 2004) (TX-5-900-699)
258. Sampling Techniques, Third Edition (August 24, 1977) (A-887-503)
259. Satellite Communications, Second Edition (January 21, 2003) (TX-5-706-104)
260. Semiconductor Devices: Basic Principles (August 4, 2000) (TX-5-253-361)
261. Semiconductor Devices: Physics and Technology, Second Edition (November 23, 2001) (TX-5-461-970)
262. Separation Process Principles, Second Edition (November 22, 2005) (TX-6-275-447)
263. Signals and Linear Systems, Third Edition (February 3, 1987) (TX-2-000-469)
264. Signals and Systems, Second Edition (September 19, 2002) (TX-5-653-714)

17

265. Software Design: Form Programming to Architecture (May 15, 2003) (TX-5-738-618)
266. Software Quality Engineering: Testing, Quality Assurance and Quantifiable Improvement (April 11, 2005) (TX-6-143-947)
267. Soil and Water Management Systems, Fourth Edition (February 6, 1996) (TX-4-211-864)
268. Spectrometric Identification of Organic Compounds, Sixth Edition (March 17, 1998) (TX-4-743-352)
269. Speech and Audio Signal Processing: Processing and Perception of Speech and Music (November 15, 1999) (TX-5-090-222)
270. Statistical Digital Signal Processing and Modeling (May 23, 1996) (TX-4-294-661)
271. Statistical Mechanics, Second Edition (October 13, 1987) (TX-2-184-828)
272. Statistical Reasoning in Psychology and Education, Third Edition (July 8, 1993) (TX-3-579-526)
273. Statistics and Data Analysis in Geology, Third Edition (March 29, 2004) (TX-5-989-360)
274. Steel Structures: Controlling Behavior Through Design (June 20, 1994) (TX-3-852-872)
275. Stereochemistry of Organic Compounds (September 15, 1994) (TX-3-879-734)
276. Stochastic Processes, Second Edition (March 28, 1996) (TX-4-217-487)
277. Strategic Human Resources: Frameworks for General Managers (April 26, 1999) (TX-4-961-437)
278. Strategic Management (January 2, 2001) (TX-5-304-984)
279. Strategic Management: Creating Value in Turbulent Times (November 12, 2004) (TX-6-071-531)
280. Strategies for Engineering Communication (July 23, 2001) (TX-5-420-326)
281. Structured Cobol Programming, Eighth Edition (April 22, 1997) (TX-4-513-180)
282. Successful Project Management: A Step-by-Step Approach with Practical Examples, Fourth Edition (October 24, 2005) (TX-6-257-806)
283. Systematic Identification of Organic Compounds, Eighth Edition (October 14, 2003) (TX-5-811-922)
284. Systems Analysis and Design, Third Edition (November 14, 2005) (TX-6-261-334)
285. Systems Analysis and Design with UML Version 2.0 (October 22, 2004) (TX-6-029-397)
286. Systems Engineering: Principles and Practice (February 7, 2003) (TX-5-671-870)
287. Textbook of Polymer Science, Third Edition (April 19, 1984) (TX-1-328-760)

18

288. Theory and Practice of Water and Wastewater Treatment (February 25, 1997) (TX-4-489-595)
289. Thermodynamics and an Introduction to Thermostatistics, Second Edition (August 28, 1985) (TX-1-684-782)
290. Topics in Algebra, Second Edition (A-720-693) (May 11, 1964) (RE-598-491) (November 27, 1992)
291. Transport Phenomena, Second Edition (October 11, 2001) (TX-5-459-935)
292. Understanding Physics, Parts 1-4 (April 2, 2004) (TX-5-948-444)
293. University Physics, Revised Edition (February 21, 1996) (TX-4-192-367)
294. Valuation for Mergers, Buyouts and Restructuring (April 23, 2004) (TX-5-926-215)
295. Virtual Reality Technology, Second Edition (August 15, 2003) (TX-5-788-104)
296. VLSI Digital Signal Processing Systems (March 5, 1999) (TX-4-945-575)
297. VLSI Fabrication Principles: Silicon and Gallium Arsenide, Second Edition (April 22, 1994) (TX-3-770-469)
298. Water Resources Engineering (August 25, 2000) (TX-5-257-589)
299. Web Applications: Concepts and Real World Design (May 7, 2004) (TX-5-945-132)
300. Wireless and Mobile Network Architectures (November 14, 2000) (TX-5-302-937)

Schedule C
"Cengage Copyrights"

Title   (Date of Registration)  (Registration #)

1.  Introduction to Soil Microbiology (4/15/1999)
    (TX 4-965-723)

2.  Microelectronic Circuits (5/29/1998) (TX 4-777-286)

3.  Television Production Handbook (8/3/2005) (TX 6-207-777)

4.  Psychological Testing (8/16/2004) (TX 6-016-017)

5.  Theories of Personality (10/5/2004) (TX 6-037-282)

6.  Psychology Applied to Work (10/13/2005) (TX 6-264-779)

7.  Cognitive Psychology In and Out of the Laboratory
    (8/6/2003) (TX 5-827-163)

8.  Employee Selection (10/22/2002) (TX 5-660-599)

9.  Animal Physiology (9/30/2004) (TX 6-037-766)

10. The Structure of Sociological Theory (7/30/2002)
    (TX 5-587-935)

11. Analytical Mechanics (4/6/2004) (TX 5-948-682)

12. Biotechnology (4/4/2004) (TX 5-948-113)

13. Statistics for Management and Economics (1/12/2005)
    (TX 6-110-369)

14. Principles of Foundation Engineering (2/28/2003)
    (TX 5-700-477)

15. Modern Digital Signal Processing (6/20/2003) (TX 5-782-881)

16. Vibrations (6/6/2003) (TX 5-782-689)

17. Digital Signal Processing Implementations (11/13/2003)
    (TX 5-839-292)

18. First Course in the Finite Element Method (5/29/2001)
    (TX  5-389-182)

19. Operations Research (8/14/2003) (TX 5-800-977)

20. First Book of ANSI C (10/31/2000) (TX 5-183-221)

21. Solid Waste Engineering (12/6/2001) (TX 5-558-757)

22. Introduction to Environmental Engineering (6/9/2003) (TX 5-785-661)

23. Essential Study Skills for Science Students (10/28/1999) (TX 5-092-177)

24. Circuits (11/1/1999) (TX 5-092-144)

25. Applied Numerical Methods for Engineers (10/22/1999) (TX 5-093-942)

26. Training in Organizations (7/16/2001) (TX 5-418-292)

27. Modeling the Supply Chain (11/3/2006) (TX 6-453-082)

28. Human Physiology (5/2/2006) (TX 6-360-991)

29. Human Resource Development (1/12/2006) (TX 6-303-352)

30. Principles of Microeconomics (9/29/2006) (TX 6-437-003)

31. Business Marketing Management (10/4/2006) (TX 6-440-443)

32. Global Strategy (1/3/2006) (TX 6-305-724)

33. Principles of Macroeconomics (9/29/2006) (TX 6-434-453)

34. The World Economy (1/9/2006) (TX 6-298-379)

35. Human Resource Management (4/24/2003) (TX 5-880-745)

36. PKG Operations Management (8/3/2001) (TX 5-367-660)

Schedule D
"McGraw-Hill Copyrights"

Title    Registration #    Date of Registration

1.  Probability, Random Variables, and Random Signal
    Principles, 4th (7/24/2000) (TX-5-249-121)

2.  Data Communications and Networking (9/2/2003) (TX-5-861-749)

3.  TCP/IP Protocol Suite, 3rd, (2/8/2005) (TX-6-119-094)

4.  Oil Hydraulic Systems: Principles and Maintenance
    (5/5/2003) (TX-5-744-588)

5.  Thermodynamics: An Engineering Approach (7/25/2005) (TX-6-204-860)

Schedule E
Pearson Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |

Schedule F
Wiley Trademarks

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

Schedule G
Cengage Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Thomson Learning" | 2,810,953 | |
| 2. "Thomson Learning" | 2,926,467 | 009, 016, 041 035 |

Schedule H
McGraw-Hill Trademarks

| U.S. Trademark | Registration Number | Class |
| --- | --- | --- |
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |

26